MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

10011 TELEPHONE:
212-433-2554

**August 7, 2024**

Honorable Taryn A. Merkl
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

> *Re:  Gemane Nettles v. JEJ Associates LLC et al*
> *Civil Action No.: 1:24-cv-03139-KAM-TAM*
> *Joint Notice of Settlement*

Dear Honorable Magistrate Judge Merkl,

   We represent Plaintiff in the above-styled action.

   Pursuant to the Court's August 5, 2024 Order, the Defendant is required to answer the Complaint on or before August 13, 2024. Paramount, the Plaintiff files this letter as a notice to apprise the Court that the parties have just reached a Settlement in Principle and are in the process of preparing the requisite Settlement papers and agreements therewith.

   Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal should be filed within the coming month or two. Thereon, and on behalf of the Defendants in this matter, the Parties requests that the Defendant no longer be obligated to answer the Complaint given the Settlement in Principle that is entered into at this time.

   Thank you for the Court's time and consideration.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only